IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,                 No. CIV S-11-2925 KJM-DAD

       vs.

SURENDRA F. PATEL.; et al.,        ORDER

       Defendants.

_____/

       Defendant Surendra F. Patel was dismissed from the above-captioned matter on December 21, 2011 and the clerk of the court entered default against the remaining defendant, Shobhana S. Patel, on February 28, 2012.  Plaintiff has taken no action in this matter since filing a status report on May 9, 2012, in which he indicated he would seek default judgment by July 18, 2012.

       Plaintiff is hereby ordered to show cause, within fourteen (14) days of the entry of this order, why the above-captioned matter should not be dismissed for failure to prosecute. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991); Local Rule 110.

       IT IS SO ORDERED.

DATED:  July 27, 2012.

_____
UNITED STATES DISTRICT JUDGE

1